FILED Rec'd
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 2 5 2010 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DENISE WILLIAMS,

        Plaintiff,

– against –

ELI LILLY & CO.,

        Defendant.

ORDER

04-MD-1596

10-CV-3656



**JACK B. WEINSTEIN, Senior United States District Judge:**

The court is in receipt of *pro se* Plaintiff Denise Williams's application to proceed *in forma pauperis*. See Docket Entry No. 2. The application is granted.

The clerk is directed to serve a copy of this order by mail on counsel for Eli Lilly and on the Plaintiff.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: August 20, 2010
      Brooklyn, New York

